[No. 5438-1-III.  Division Three.  July 31, 1984.]

PHILLIP UNTERSCHUETZ, ET AL, *Appellants,* v. THE BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 15, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 36062, Fred Van Sickle, J., entered September 20, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J. Now published at 38 Wn. App. 729.

[No. 5464-1-III.  Division Three.  July 31, 1984.]

*In the Matter of the Marriage of* JUDITH A. LATTIMORE, *Respondent, and* DONALD E. LATTIMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 12631, Howard Hettinger, J., entered September 30, 1982. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12599-1-I.  Division One.  August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN RICHARD CLAY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02435-8, Liem E. Tuai, J., entered December 10, 1982. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.